E-FILED
Thursday, 13 February, 2014  03:30:33 PM
Clerk, U.S. District Court, ILCD

FILED
SEP 30 2013
Melissa Hurst
Circuit Clerk COLES COUNTY, ILLINOIS

IN THE CIRCUIT COURT
OF THE FIFTH JUDICIAL CIRCUIT
CHARLESTON, COLES COUNTY, ILLINOIS

IN RE: THE ESTATE OF            )
                                )
DAVID J. BOWER,                 )    No. 2013-P-93
                                )
         Deceased,              )

## ORDER

This matter coming to be heard on the petition of KATHLEEN BOWER for appointment as Special Administrator of the Estate of DAVID J. BOWER, deceased, and the Court being fully advised in the premises.

IT IS HEREBY ORDERED THAT KATHLEEN BOWER is appointed as Special Administrator of the Estate of DAVID J. BOWER, deceased, for the purposes of prosecuting any and all causes of action accruing as a result of the injuries and death of her son, DAVID J. BOWER, who died on February 28, 2013, and that Letters of Office should issue.

Dated this 30th day of September, 2013.

_____/s/ Teresa K. Righter_____
                JUDGE

Prepared by:

Ken Gano, attorney
303 6th Street
Charleston, IL 61920-1558
217-345-6111
217-345-6112
KenGano@Consolidated.net


EXHIBIT A